```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 11600
   MICHAEL J ALCANTAR
   MARIA J ALCANTAR                          CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-7317    SSN XXX-XX-9309

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/15/2006 and was confirmed 12/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
FREMONT INVESTMENT & LOA  CURRENT MORTG     8136.26             .00      8136.26
FREMONT INVESTMENT & LOA  MORTGAGE ARRE     8707.07             .00          .00
FREMONT INVESTMENT & LOA  CURRENT MORTG      667.34             .00       667.34
FREMONT INVESTMENT & LOA  MORTGAGE ARRE      263.91             .00          .00
FREEDMAN ANSELMO LINDBER  NOTICE ONLY     NOT FILED             .00          .00
FREEDMAN ANSELMO LINDBER  NOTICE ONLY     NOT FILED             .00          .00
CITY OF CHICAGO WATER DE  SECURED            554.05             .00       132.00
PAYDAY LOAN STORE         UNSECURED       NOT FILED             .00          .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED             .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED         2762.58             .00          .00
SPRINT PCS                UNSECURED          387.01             .00          .00
SBC                       UNSECURED         1928.72             .00          .00
BALLYS TOTAL FITNESS      UNSECURED          539.97             .00          .00
SBC                       UNSECURED         1132.24             .00          .00
FREMONT INVESTMENT & LOA  NOTICE ONLY     NOT FILED             .00          .00
ILLINOIS DEPT OF REV      PRIORITY          1527.96             .00          .00
TIMOTHY K LIOU            DEBTOR ATTY      1,673.20                      736.74
TOM VAUGHN                TRUSTEE                                        613.66
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 10,286.00

PRIORITY                                          .00
SECURED                                      8,935.60
UNSECURED                                         .00
ADMINISTRATIVE                                 736.74
TRUSTEE COMPENSATION                           613.66
DEBTOR REFUND                                     .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 11600 MICHAEL J ALCANTAR & MARIA J ALCANTAR
```

```
                                 ---------------    ---------------
TOTALS                              10,286.00         10,286.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 02/27/08             _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE